UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JESUS EDUARDO CANO-SIDA, § § | |
| *Petitioner*, § § | |
| v. § § | |
| JOEL GARCIA, FIELD OFFICE DIRECTOR OF THE ICE EL PASO FIELD OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; KRSTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES, § § § § § § § § § § § § § § § § § | No. 3:25-CV-00726-LS |
| *Respondents*. § | |

**ORDER FOR SERVICE**

Petitioner Jesus Eduardo Cano-Sida challenges his custody through a petition for a writ of habeas corpus under 28 U.S.C. § 2241.[1] His petition raises issues which require Respondents to show cause why the court should not grant the relief Petitioner seeks.[2]

Therefore, the Clerk shall serve copies of the petition and this order upon Respondents through their counsel, the United States Attorney for the Western District of Texas. Due to the

---

[1] ECF No. 1.
[2] *See* 28 U.S.C. § 2243.

government's need to review its records, the Court will extend the show-cause deadline pursuant to 28 U.S.C. § 2243.

Respondents shall show cause by **January 19, 2026**, why the Court should not grant the relief Petitioner seeks by filing an answer or other responsive pleading.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 30, 2025.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**