# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **JESUS EDUARDO CANO SIDA,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **JOEL GARCIA, IN HIS OFFICIAL** | § | |
| **CAPACITY AS FIELD OFFICE** | § | |
| **DIRECTOR OF THE ICE EL PASO** | § | |
| **FIELD OFFICE OF ENFORCEMENT** | § | |
| **AND REMOVAL OPERATIONS, U.S.** | § | **No. 3:25-CV-00726-LS** |
| **IMMIGRATIONS AND CUSTOMS** | § | |
| **ENFORCEMENT; U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; TODD LYONS, IN HIS** | § | |
| **OFFICIAL CAPACITY AS ACTING** | § | |
| **DIRECTOR, IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT, U.S.** | § | |
| **DEPARTMENT OF HOMELAND** | § | |
| **SECURITY; KRISTI NOEM, IN HER** | § | |
| **OFFICIAL CAPACITY AS** | § | |
| **SECRETARY, U.S. DEPARTMENT OF** | § | |
| **HOMELAND SECURITY; and PAM** | § | |
| **BONDI, IN HER OFFICIAL** | § | |
| **CAPACITY AS ATTORNEY** | § | |
| **GENERAL OF THE UNITED STATES,** | § | |
| | § | |
| *Respondents*. | § | |

## <u>ORDER SETTING HEARING</u>

The Court finds that a hearing is required in this case. The hearing on Petitioner's petition for a writ of habeas corpus will be held on **<u>January 20, 2026, at 2:00 p.m.</u>** The hearing will be live and in-person at the District Courtroom, Room 622, on the sixth floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, Texas. The Court further orders that Petitioner Jesus Eduardo Cano Sida be present for the hearing.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 9, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**