# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| JESUS EDUARDO CANO SIDA, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | |
| JOEL GARCIA, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF THE ICE EL PASO FIELD OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and PAM BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, | § § § § § § § § § § § § § § § § § § § § § § | No.  3:25-CV-00726-LS |
| *Respondents*. | § | |

## ORDER VACATING HEARING

As the parties have filed an agreed motion to dismiss, the hearing in this case, set for January 20, 2026, at 2:00 p.m., is hereby vacated.

**SO ORDERED**.

2

**SIGNED** and **ENTERED** on January 20, 2026.

                                            _____
                                            **LEON SCHYDLOWER**
                                            **UNITED STATES DISTRICT JUDGE**