# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| JESUS EDUARDO CANO SIDA, § § *Petitioner*, § § v. § § JOEL GARCIA, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR OF THE ICE EL PASO FIELD OFFICE OF ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATIONS AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; and PAM BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES, § § § § § § § § § § § § § § § § *Respondents*. | No. 3:25-CV-00726-LS |

## ORDER DISMISSING CASE

Petitioner has filed a motion for voluntary dismissal without prejudice.[1] The Court grants the motion [ECF No. 8] and dismisses this case without prejudice under Fed. R. Civ. P. 41(a).

**SO ORDERED**.

---

[1] ECF No. 8.

2

**SIGNED** and **ENTERED** on January 21, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**